[No. 16334-2-III.    Division Three.    June 11, 1998.]

ELLEN M. VAN ETTEN, *Respondent*, v. COLUMBIA LIGHTING,
INC., *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-02324-6, Tari S. Eitzen, J.,
entered March 27, 1997. *Affimed* by unpublished opinion
per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney,
J.

[No. 16560-4-III.    Division Three.    June 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ELI
SHERIDAN, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-00010-7, Neal Q. Rielly, J.,
entered April 4, 1997. *Affirmed* by unpublished opinion per
Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 16774-7-III.    Division Three.    June 11, 1998.]

FOURMOST CONSTRUCTION, INC., *Respondent*, v. GEORGE E.
JOHNSON, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 95-2-01715-0, Robert N. Hackett, J., entered
July 2, 1997. *Affirmed* by unpublished opinion per Schul-
theis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 20564-5-II.    Division Two.    June 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY RAY
LEHMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-02014-5, D. Gary Steiner, J., entered April
8, 1996. *Affirmed* by unpublished opinion per Houghton,
C.J., concurred in by Seinfeld and Hunt, JJ.